THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Jeffrey L. Edwards, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Dillon County
 John M. Milling, Circuit Court Judge

Memorandum Opinion No.  2007-MO-007
Submitted January 18, 2007  Filed February 5, 2007 

DISMISSED

 
 
 
Appellate Defender Eleanor Duffy Cleary, of Columbia, for petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Karen C. Ratigan, all of Columbia, for respondent.
 
 
 

PER CURIAM:  We granted this petition for a writ of certiorari to review the circuit courts order denying petitioners post-conviction relief application.  After careful consideration, we now dismiss certiorari as improvidently granted.
DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.